TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710

*Attorneys For Defendants*
Westlake Services, LLC and
Mandarich Law Group, LLP

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JACOB MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>WESTLAKE SERVICES, LLC, d/b/a WESTLAKE FINANCIAL SERVICES, ET. AL.,<br><br>Defendants. | Case No. 2:26-cv-01974-JAM-CSK<br><br>Honorable John A. Mendez<br><br>**ORDER ON DEFENDANT MANDARICH LAW GROUP, LLP'S MOTION FOR LEAVE TO FILE LATE ANSWER (ECF No. 12)**<br><br>Date: September 22, 2026<br>Time: 1:00 p.m.<br>Place: Courtroom 6, 14th Floor |

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-4057

The Motion for Leave to File Late Answer (ECF No. 12), filed by Defendant Mandarich Law Group, LLP, was read and considered before the Honorable John A. Mendez. After reviewing the papers and considering the moving papers, the Court finds that the Defendant Mandarich Law Group, LLP has demonstrated excusable neglect and good cause.

IT IS HEREBY ORDERED that the Motion is **GRANTED.** Defendant Mandarich Law Group, LLP's Answer at ECF No. 13, concurrently filed herewith, shall be **FILED AND DEEMED TIMELY**.

The hearing on the motion, currently set for 09/22/2026, at 01:00 PM, in Courtroom 6, is hereby **VACATED**.

IT IS SO ORDERED.

Dated: August 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE